Eric Meckley (Bar No. 168181)
Robert Jon Hendricks (Bar No. 179751)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel.: +1.415.442.1000
Fax: +1.415.442.1001
*eric.meckley@morganlewis.com*
*rj.hendricks@morganlewis.com*

Clifford D. Sethness (Bar No. 212975)
Jason M. Steele (Bar No. 223189)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
*clifford.sethness@morganlewis.com*
*jason.steele@morganlewis.com*

Attorneys for Plaintiff
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization,<br><br>Defendant. | Case No. 16-CV-04672-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30565684.1

STIPULATION AND ~~PROPOSED~~ ORDER
16-CV-04672-EMC

# STIPULATION

Plaintiff/Counter-Claim Defendant PACIFIC MARITIME ASSOCIATION and Defendant/Counter-Claim Plaintiff INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10 hereby stipulate to dismiss this entire action without prejudice, with each side to bear its own litigation fees and costs.

Dated: September 1, 2016     MORGAN, LEWIS & BOCKIUS LLP

By      / s / Jason M. Steele
Jason M. Steele
Attorneys for Plaintiff
PACIFIC MARITIME ASSOCIATION

Dated: September 1, 2016     LEONARD CARDER LLP

By      / s / Eleanor Morton
Eleanor Morton
Attorneys for Defendant
INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10

# ORDER

Pursuant to the parties' stipulation, this action is DISMISSED without prejudice, with each party to bear its own fees and costs.

Dated: September 7, 2016

Hon. Edward M. Chen
U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
DB2/ 30565684.1

1    STIPULATION AND PROPOSED ORDER
16-CV-04672-EMC